Brian R. Michalek (SBN 302007)
Casey T. Grabenstein (*pro hac vice*)
Joseph M. Kuo (*pro hac vice*)
SAUL EWING LLP
161 N. Clark St., Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
Facsimile: (312) 876-0288
brian.michalek@saul.com
casey.grabenstein@saul.com
joseph.kuo@saul.com

Andrew Schwerin (*pro hac vice*)
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102 2186
Telephone: (215) 972-7184
Facsimile: (215) 972-7184
andrew.schwerin@saul.com

Michael E. Flynn-O'Brien (SBN 291301)
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7245
Facsimile: (415) 426-4744
mflynnobrien@bdiplaw.com

*Attorneys for Plaintiff InfoExpress Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INFOEXPRESS INC.<br><br>  Plaintiff,<br><br>  v.<br><br>FORTINET, INC.,<br><br>  Defendant. | Case No. 5:23-cv-04389-NC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO THE INITIAL COMPLAINT** |

Pursuant to Local Civil Rule 6-1(a), Plaintiff InfoExpress Inc. ("InfoExpress") and Defendant Fortinet, Inc., ("Fortinet") (collectively "the Parties") hereby stipulate as follows:

WHEREAS InfoExpress filed its Complaint on, August 25, 2023;

WHEREAS Fortinet's response to the Complaint is due by September 22, 2023;

WHEREAS, pursuant to Local Civil Rule 6-2, InfoExpress and Fortinet conferred regarding Fortinet's request to extend the date to respond to the Complaint, and InfoExpress does not object to that request;

WHEREAS good cause exists for this extension as defense counsel requires time to become knowledgeable about the case to prepare its response;

WHEREAS this is Fortinet's first request for an extension of time to respond to the Complaint; and

WHEREAS this change will not alter the date of any other event or any other deadline already fixed by Court order.

IT IS HEREBY AGREED AND STIPULATED by and between the parties that Fortinet shall have up to and including November 6, 2023, to answer or otherwise respond to InfoExpress's Complaint.

Dated: September 8, 2023                          Respectfully submitted,


/s/ *Brian R. Michalek, Esq.*                     /s/ *William Cooper, Esq.*
Brian R. Michalek (SBN 302007)                    William Cooper (SBN 279385)
brian.michalek@saul.com                           wcooper@fortinet.com
Casey T. Grabenstein (*pro hac vice*)             Internal Counsel at Fortinet, Inc.
casey.grabenstein@saul.com                        899 Kifer Rd.
Joseph M. Kuo (*pro hac vice*)                    Sunnyvale, CA 94086
joseph.kuo@saul.com                               (408) 235-7700
SAUL EWING LLP
161 N. Clark St., Suite 4200                      *Attorney for Defendant Fortinet, Inc.*
Chicago, IL 60601
Telephone: (312) 876-7100
Facsimile: (312) 876-0288

Andrew Schwerin (*pro hac vice*)

1  andrew.schwerin@saul.com
   Centre Square West
2  1500 Market Street, 38th Floor
   Philadelphia, PA 19102 2186
3  Telephone: (215) 972-7184
   Facsimile: (215) 972-7184
4
   Michael E. Flynn-O'Brien (SBN 291301)
5  Elizabeth Day (SBN 177125)
   BUNSOW DE MORY LLP
6  701 El Camino Real
   Redwood City, CA 94063
7  Telephone: (650) 351-7245
   Facsimile: (415) 426-4744
8  mflynnobrien@bdiplaw.com

9  *Attorneys for Plaintiff InfoExpress Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION EXTENDING TIME TO
RESPOND TO THE INITIAL COMPLAINT                                        Case No. 5:23-cv-04389-NC

3

51011629.3

**ECF CERTIFICATION**

I, Brian R. Michalek, am the ECF user whose identification and password are being used to file this STIPULATION EXTENDING TIME TO RESPOND TO THE INITIAL COMPLAINT. Concurrence to the filing of this document was obtained from William Cooper, counsel for Fortinet, Inc., on September 8, 2023. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  September 8, 2023                    /s/*Brian R. Michalek*