**EXHIBIT A—PROPOSED SCHEDULE**

| Event | Date |
|---|---|
| Initial Case Management Conference Civil L.R. 16-10 | December 18, 2023 at 2:00 PM |
| InfoExpress's Disclosure of Asserted Claims and Infringement Contentions, per Local Patent Rule 3-1, and document production, per Local Patent Rule 3-2 | January 5, 2024 |
| Fortinet's Invalidity Contentions, per Local Patent Rule 3-3 | February 19, 2024 |
| Exchange of Proposed Terms for Construction, per Local Patent Rule 4-1 | March 4, 2024 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence, per Local Patent Rule 4-1 | March 25, 2024 |
| InfoExpress's Damages Contentions, per Local Patent Rule 3-8 | April 9, 2024 |
| Joint Claim Construction and Prehearing Statement and Expert Reports per Local Patent Rule 4-3 | April 19, 2024 |
| Fortinet's Responsive Damages Contentions, per Local Patent Rule 3-9 | May 9, 2024 |
| Completion of Claim Construction Discovery, per Local Patent Rule 4-4 | May 17, 2024 |
| InfoExpress's Opening Claim Construction Brief, per Local Patent Rule 4-5(a) | June 3, 2024 |
| Fortinet's Responsive Claim Construction Brief, per Local Patent Rule 4-5(b) | June 17, 2024 |
| InfoExpress's Reply Claim Construction Brief, per Local Patent Rule 4-5(c) | June 24, 2024 |
| Claim Construction Hearing (Tentative) | July 8, 2024 (Tentative) |